**In re: Michael P. BIELA, Debtor.**

**Michael W. Szkaradek, Appellant,**

v.

**Catherine McGeough; et al., Appellees.**

No. 01–55122.

D.C. No. CV–96–02406–RMT.

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2002.*

Decided March 21, 2002.

Before CANBY, BEEZER, and PAEZ, Circuit Judges.

MEMORANDUM**

Michael W. Szkaradek, counsel for debtor, appeals the district court's order denying his motion to partially re-tax costs. We have jurisdiction pursuant to 28 U.S.C. § 1291. We conclude that the district

---

* Because the panel unanimously finds this case suitable for decision without oral argument, Szkaradek's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

court did not abuse its discretion by denying Szkaradek's motion to partially re-tax costs. *See Ass'n of Mexican Am. Educators v. State of Cal.*, 231 F.3d 572, 591 (9th Cir.2000).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

